**Kathleen M. JOYCE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–2339.

United States Court of Appeals, Federal Circuit.

July 27, 2005.

### ORDER

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The Petitioner's brief is due within 21 days from the date of filing of this order.

**Thomas A. PORTER, Petitioner,**

v.

**UNITED STATES, Respondent.**

No. 05–5105.

United States Court of Appeals, Federal Circuit.

July 27, 2005.

*ORDER*

DYK, Circuit Judge.

Thomas A. Porter moves without opposition for reconsideration of the court's July 1, 2005 order dismissing his petition for review for failure to file a brief and moves for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) The motion for an extension of time is granted. Porter's brief is due within 14 days of the date of filing of this order. No further extensions should be anticipated.